## RICE v. MELENDY *et al.*

**Continuance: SICKNESS OF ATTORNEY.** Where it is shown that the main attorney in a case, who is alone conversant with its facts and relied upon to try it, is confined to his bed by sickness, and it is further shown that, in view of the complicated facts of the case, it would be impracticable for any other attorney to prepare for trial at that term, a motion for continuance, based on these grounds, should be granted.

*Appeal from Marshall District Court.*

FRIDAY, JANUARY 25.

ACTION at law to recover the value of a stock of groceries alleged to have been wrongfully taken by the defendants and converted to their use. The defendants justify under a warrant of seizure in bankruptcy issued by the U. S. district court against the property of Clark & Freer as bankrupts, on the petition of Grannis & Farwell. The defendants are the U. S. marshal, his deputy or messenger, and the attorneys for petitioner in the bankruptcy proceedings, etc. On a trial to a jury the plaintiff obtained a judgment for $5,831.91. The facts whereon the case is made to depend in this court are stated in the opinion. The defendants appeal.

*Boardman, Brown & Williams* and *M. E. Cutts* for the appellants.

*Bradley & Caswell* for the appellee.

COLE, J. — The defendants moved for a continuance of the cause, and based their motion upon affidavits. The ultimate facts shown thereby are, that Timothy Brown, Esq., was then very sick, confined to his bed, and much of the time delirious, and when not so, conversation with him upon business was prohibited by his physician. It was then shown that Mr. Brown was the main attorney in the case, and the only one conversant with it and relied upon to try it; that it was impossible for any other attorney to prepare for the trial of the cause at that term, owing to its importance, complexity and other peculiar facts stated at great length. This motion was overruled, and in this we think the court erred. The fact that the cause was not tried till several days thereafter, and in the mean time Mr. Brown's health so improved as to enable him to get out and down to the court-house, though not in a condition to try the cause, did not cure the error.

Reversed.